IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.  ) | Case No. 2:24-cr-00212-RAH-KFP-5 |
| ) | |
| KERRY HAWTHORNE ) | |

## RESPONSE TO MOTION(S) FOR PROTECTIVE ORDER FOR DISCOVERY MATERIALS

Kerry Hawthorne, through counsel, states that he has no objection to the motion(s) for a protective order for discovery materials (Docs. 64, 65, 66) filed today by the United States of America.

/s/ Thomas M. Goggans
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: t.goggans@tgoggans.net

Attorney for Defendant
Kerry Hawthorne

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 19th day of July 2024 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each counsel of record.

/s/ Thomas M. Goggans