IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:24-CR-212-RAH-KFP |
| ) | |
| KERRY HAWTHORNE  ) | |

**ORDER**

Based on the Defendant's Notice of Intent to Change Plea (Doc. 156), it is ORDERED that a hearing is set for **October 3, 2024, at 11:00 a.m. in Courtroom 5A** for the defendant to enter a guilty plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

The government is ORDERED to provide the Court with a copy of any plea agreement or advise the Court there will be no plea agreement at least two days before the hearing.

The Clerk is DIRECTED to provide a court reporter for this hearing if one is available and to provide an interpreter if one is necessary. If the defendant is in custody, the United States Marshal or the person with custody of the defendant is ORDERED to produce the defendant for the hearing.

Counsel for the defendant is DIRECTED to confer with the defendant before the hearing and do the following:

(1) Advise the defendant about the Sentencing Guidelines and that, while no longer mandatory, the Guidelines are an important factor the Court will consider in determining a reasonable sentence;

(2) Advise the defendant that the Court will consider the sentencing factors in 18 U.S.C. 3553(a) in addition to the Guidelines in determining a reasonable and appropriate sentence; and

(3) Explain to the defendant each of those factors specifically, including:

    (a) the nature and circumstances of the offense and the history and characteristics of the defendant;

    (b) the need to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (c) the need for deterrence;

    (d) the need to protect the public;

    (e) the need to provide the defendant with necessary educational or vocational training or medical care;

    (f) the kinds of sentences available;

    (g) the need to avoid unwanted sentencing disparities; and

    (h) the need to provide restitution to victims.

DONE this 26th day of September, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE