IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24CR212-RAH-KFP |
| | ) | |
| KERRY HAWTHORNE | ) | |

**NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION**

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on 10/3/2024 regarding the plea of guilty entered by Kerry Hawthorne.

Date: 10-3-24

_____
Assistant United States Attorney