IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.  ) | Case No. 2:24-cr-00212-RAH |
| ) | |
| KERRY HAWTHORNE  ) | |

## MOTION FOR DOWNWARD VARIANCE

Defendant Kerry Hawthorne, through counsel, moves for a downward variance for reasons appearing in his sentencing memorandum to filed under seal shortly and as will be argued at his sentencing hearing.

/s/ Thomas M. Goggans
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: t.goggans@tgoggans.net

Attorney for Defendant
Kerry Hawthorne

1

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 7th day of January, 2025 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each counsel of record and that I have served a copy of the foregoing upon:

Brandon D. Patterson
United States Probation Office
One Church Street
Montgomery AL 36104

by email.

/s/ Thomas M. Goggans